JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GOLDEN BELL TEXTILES INC., a California Corporation; and DOES 1-100, inclusive,<br><br>　　　　Defendants. | Case No. CV 08-1060 PA (AJWx)<br><br>[PROPOSED] JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT<br><br>NOTE CHANGES MADE BY THE COURT.<br><br>Assigned to Hon. Percy Anderson |

("PROPOSED" is struck through)

This cause came on regularly for hearing on _____, 2009, for a Motion to Enter Judgment Pursuant to Stipulation for Entry of Judgment in Courtroom 15, of the above-entitled court. After all evidence submitted by Plaintiff Star Fabrics, Inc., having been considered by the Court, and it appearing that Defendant Golden Bell Textiles Inc. defaulted on the terms of the Stipulation for Entry of Judgment duly entered into by Defendant Golden Bell Textiles Inc. and Plaintiff Star Fabrics, Inc. on October 30, 2008:

///

///

///

1

1  The court in the above-entitled matter finds that Plaintiff Star Fabrics, Inc., is
2  entitled to judgment against Defendant Golden Bell Textiles Inc., in the amount of
3  $ 25,000.00 ,
4  NOW, THEREFOR, IT IS HEREBY ORDERED, ADJUDGED, AND
5  DECREED THAT:
6  Plaintiff Star Fabrics, Inc. have and recover from Defendant Golden Bell
7  Textiles Inc., a California corporation, the sum of $25,000.00,
8  together with post judgment interest at the legal rate pursuant
9  to 28 U.S.C. §1961.

Dated: January 23, 2009

_____
Honorable Percy Anderson

[PROPOSED] JUDGMENT PURSUANT TO STIPULATION FOR ENTRY OF JUDGMENT

LAW OFFICES OF
HOOTAN TROY
FARAHMAND
LOS ANGELES